1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| FEMTO-SEC TECH, INC., a California corporation, | 8:15-cv-01689-JVS-JCG |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PATENTABLE SUBJECT MATTER UNDER 35 U.S.C. § 101** |
| and | |
| LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, a Delaware limited liability company, | |
| Plaintiff- Intervenor, | **[Fed. R. Civ. P. 12(b)(6)]** |
| v. | |
| LENSAR, INC., a Delaware corporation, | |
| Defendant. | |

– 1 –

1      This matter comes before the Court on Defendant Lensar, Inc.'s Motion to
2  Dismiss for Lack of Patentable Subject Matter Under 35 U.S.C. § 101, pursuant to
3  Fed. R. Civ. P. 12(b)(6), the Complaint (Dkt. No. 20) by Plaintiffs Femto-Sec
4  Tech, Inc. and Lawrence Livermore National Security, LLC.  The Court, having
5  received, read and considered the Motion, and good cause appearing, **GRANTS**
6  Defendant Lensar, Inc.'s Motion on the grounds that the patent-in-suit is invalid as
7  being directed to patent-ineligible subject matter pursuant to 35 U.S.C. § 101 and
8  the standards set forth in *Alice Corp. Pty. Ltd. v. CLS Bank, Int'l*, 134 S. Ct. 2347
9  (2014).  The Complaint is hereby dismissed with prejudice.
10     **IT IS SO ORDERED**.

Dated: _____        _____
                                              The Honorable James V. Selna